STAN S. MALLISON (Bar No. 184191)
stanm@themmlawfirm.com
HECTOR R. MARTINEZ (Bar No. 206336)
hectorm@themmlawfirm.com
NATALIA RAMIREZ LEE (Bar. No. 322017)
nramirezlee@themmlawfirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA PREDMORE individually and acting in the interest of other current and former employees and the public,<br><br>Plaintiff,<br><br>vs.<br><br>STOCKTON ENTERPRISES, LLC, a Limited Liability Company; DEJA VU SHOWGIRLS-SACRAMENTO, LLC, a Limited Liability Company; and DOES 1-20, inclusive,<br><br>Defendants. | Case No: 17-cv-01091-MCE-GGH<br><br>STIPULATION TO DISMISS CLAIMS; ORDER<br><br>*Before the Hon. Morrison C. England Jr.* |

Plaintiff Julia Predmore ("Plaintiff"), and Defendants Stockton Enterprises, LLC and Déjà vu Showgirls – Sacramento, LLC ("Defendants"), collectively the "Parties," through their respective counsel, hereby stipulate as follows:

**RECITALS**

1. Parties have reached settlement in this case.

2. Parties have agreed to dismiss with prejudice all claims asserted by Plaintiff in this matter including: (1) failure to pay the Federal minimum wage, (2) failure to pay for all hours worked, (3) failure to pay the State minimum wage, (4) failure to pay overtime compensation, (5) failure to provide meal periods, (6) failure to provide rest periods, (7) unlawful deductions and kickback payments, (8) failure to provide accurate wage statements, (9) failure to timely pay wages due at termination, (10) failure to indemnify employees for work expenses.

THEREFORE, it is hereby stipulated, by and between the Parties and their counsel of record, that:

    A.    Plaintiff's claims are dismissed with prejudice, and the Parties shall bear their respective fees and costs, with Defendant waiving any right to costs or fees.

Respectfully submitted,

Date: October 17, 2019                               **MALLISON & MARTINEZ**

                                                          By:  /S/ Stan S. Mallison

                                                               Stan S. Mallison
                                                               Attorneys for Plaintiff

                                                          **LONG & LEVIT LLP**

                                                         By:   /S/ Shane M. Cahill

                                                               Shane M. Cahill
                                                               Attorneys for Defendants

**ORDER**

Pursuant to stipulation and for good cause shown, Plaintiff's claims are dismissed with prejudice, and the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: October 28, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Stipulation and Order to Dismiss with Prejudice   Case No. 17-cv-01091-MCE-GGH